# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Charles D DeAguero | **Case No :** | 13–29555 – D – 13G |
| | | **Date :** | 9–17–13 |
| | | **Time :** | 10:30 |
| **Matter :** | [18] – Order to Show Cause – Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 9/17/2013 at 10:30 AM at Sacramento Courtroom 34, Department D. (stps) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |
| **APPEARANCES for :** | | | |
| **Movant(s) :** | | | |
| **Respondent(s) :** | | | |

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the Order to Show Cause is discharged by the Court and the case to remain open.

Dated: September 20, 2013

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court